UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| DAMON WALKER, ) | |
| ) | |
| Plaintiff, ) | |
| vs. ) | 1:04-cv-823-DFH-WTL |
| ) | |
| K-9 OFFICER LOPOSSA and ) | |
| OFFICER DAVID KINSEY, ) | |
| ) | |
| Defendants. ) | |

### Entry Discussing Plaintiff's Motion to Compel Discovery

The plaintiff's filing of August 5, 2005, entitled "Failure to Make Disclosure or Cooperate in Discovery: Sanction," has been treated as his motion to compel discovery. The defendants have responded, and the plaintiff has replied.

**I.**

The defendants contend that the motion to compel is premature because the plaintiff failed to comply with the requirements of Rule 37(a)(2)(B) of the *Federal Rules of Civil Procedure*. Under the circumstances of this case, that contention is rejected.

**II.**

The motion to compel discovery is **granted in part and denied in part,** consistent with the following:

1.     The defendants' objection to the Request No. 1 in the plaintiff's request for production of documents as overbroad is **sustained.** As to this Request, the motion to compel discovery is **denied.**

2.     The motion to compel discovery is **granted** as to Request No. 2 in the plaintiff's request for production of documents, with the term "Officers' statements" understood as any written statement given by a defendant to any authority or in any proceeding associated with the incidents described in the complaint.

3.     The defendants' objections to Requests No. 3, 5, and 7 in the plaintiff's request for production of documents as overbroad are **sustained.** As to this Request, the motion to compel discovery is **denied.**

4. The motion to compel discovery is **granted** as to Request No. 7 in the plaintiff's request for production of documents, with the term "Photograph" understood as any photograph of the location, items, people, or activity in the possession of a defendant or reasonably accessible by a defendant associated with the incidents described in the complaint.

5. The materials as to which the motion to compel is granted shall be made available to the plaintiff for his inspection and copying **within 30 days** from the date this Entry is issued unless, within that same period of time, the defendants object to that production as barred by privilege or contend on some other basis that the requested materials should not be produced. The defendants' objection to the request for production of documents on the ground that the documents requested are irrelevant is **overruled,** although that same objection may be renewed in view of the narrowing of certain terms in the foregoing paragraphs of this Entry.

6. With respect to the portion of the motion to compel which has been overruled, the plaintiff shall have **15 calendar days from the issuance of this Entry** in which to revise and re-submit those requests for production.

So ordered.

*David F Hamilton*

DAVID F. HAMILTON, Judge
United States District Court

Date:   10/4/2005

Copies to:

Damon Walker, DOC #852004
Miami Correctional Facility
PO Box 900
Bunker Hill, IN 46914-0900

Lakshmi Devi Hasanadka
CORPORATION COUNSEL
lhasanad@indygov.org

John F. Kautzman
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jfk@rucklaw.com

John C. Ruckelshaus
RUCKELSHAUS ROLAND KAUTZMAN BLACKWELL & HASBROOK
jcr@rucklaw.com